Mark T. Welch, administrator of the estate of Susie C. Dunn, deceased, appellee, v. Public Service Company of Northern Illinois, appellant. Gen. No. 7,276.

Action to recover for wrongful death. Judgment for plaintiff. Appeal from the Circuit Court of Grundy county; the Hon. Joe A. Davis, Judge, presiding. Heard in this court at the April term, 1924. Affirmed. Opinion filed March 27, 1925. Rehearing denied April 28, 1925.

Edgar B. Elder and H. B. Smith, for appellant.    No appearance for appellee.

Mr. Justice Jones delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. Gregoir Carpentier and E. J. Carpentier, plaintiffs in error. Gen. No. 7,314.

Prosecution for violation of liquor law. Defendants convicted. Error to the County Court of Rock Island county; the Hon. David A. Hebel, Judge, presiding. Heard in this court at the April term, 1924. Reversed and remanded. Opinion filed March 27, 1925.

Fred H. Railsback, for plaintiffs in error.    Benjamin S. Bell, State's Attorney, and Edward L. Eagle, Assistant State's Attorney, for defendant in error.

Mr. Justice Jones delivered the opinion of the court.

---

Village of Downers Grove, appellee, v. Jacob Glos, appellant. Gen. No. 7,323.

Proceeding to foreclose for unpaid special assessments. Decree for foreclosure. Appeal from the Circuit Court of Du Page county; the Hon. William J. Fulton, Judge, presiding. Heard in this court at the April term, 1924. Decree approved. Opinion filed March 27, 1925.

John R. O'Connor and Alben F. Bates, for appellant.    A. B. Snow, C. D. Knight and A. R. Patton, for appellee; Samuel J. Howe, of counsel.

Mr. Justice Jones delivered the opinion of the court.

---

Anton Kristel, appellee, v. Michigan Central Railway Company, appellant. Gen. No. 7,342.

Suit for personal injuries sustained by plaintiff when struck by defendant's train. Judgment for plaintiff. Appeal from the Circuit Court of Will county; the Hon. Frederick A. Hill, Judge, presiding. Heard in this court at the April term, 1924. Reversed and remanded. Opinion filed March 27, 1925. Rehearing denied April 28, 1925.

Donovan, Bray & Gray, for appellant; Winston, Strawn & Shaw, of counsel. Finn & Miller and C. Helmar Johnson, for appellee; Orr & Brumund, of counsel.

Mr. Justice Jones delivered the opinion of the court.